# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORNA J. JONES, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security )<br>Administration, )<br> )<br>  Defendant. ) | Case No. CIV-04-705-CH |

## JUDGMENT FOR AWARD OF ATTORNEY FEES

In accordance with the Memorandum Opinion and Order entered this same date, judgment is entered in favor of Plaintiff Lorna J. Jones, and against Defendant Jo Anne B. Barnhart, Commissioner of Social Security Administration, in the amount of $5,841.60 as an award of attorney fees, payable to Plaintiff's attorney, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this  28th  day of September, 2005.

_____
VALERIE K. COUCH
UNITED STATES MAGISTRATE JUDGE